James Meshach LOMAX,
Plaintiff–Appellant,

v.

Colin OTTEY, M.D.; Greg Flury, P.A.; Frank Bishop, Warden; Bobby P. Shearin, Former Warden; R. Roderick, Case Management Manager, Defendants–Appellees.

No. 15–7597.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 14, 2016.

Decided: March 16, 2016.

James Meshach Lomax, Appellant Pro Se. Serra Aygun, Carolyn Israel Stein, Bonner, Kiernan, Trebach & Crociata, LLP, Washington, D.C.; Elizabeth Erin Pavlick, United States Department of Defense, Washington, D.C.; Nichole Cherie Gatewood, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before MOTZ, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Meshach Lomax appeals the district court's orders granting summary judgment to defendants in this action filed under 42 U.S.C. § 1983 (2012), and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lomax v. Ottey,* No. 8:14–cv–02180–DKC, 2015 WL 4663786 (D.Md. filed Aug. 4, 2015 & entered Aug. 5, 2015; Sept. 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*